**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

--------------------------------------------------------x

KENNETH J. NOVACK,                 :
                                          :
                   Plaintiff,     :    Case No. 1:11-cv-11176-JLT
              v.                      :
                                          :

GSI COMMERCE, INC., MICHAEL G.    :
RUBIN, NRG COMMERCE, LLC,       :
GIBRALTAR ACQUISITION CORP.,    :
and EBAY INC.,                        :
                                          :
                 Defendants.   :
                                          :

--------------------------------------------------------x

**DECLARATION OF MICHAEL R. DUBE, ESQ.**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

I, Michael R. Dube, depose and state as follows:

1.   My name is Michael R. Dube, and I am a counsel in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.  I am over the age of 21 and am competent to testify to the matters and facts set forth below, all of which are within my personal knowledge.

2.   Attached as Exhibit A hereto is a true and correct copy of the Agreement and Plan of Merger, dated October 27, 2009, by and among GSI Commerce, Inc., Cola Acquisition Corp., Retail Convergence, Inc., The Principal Stockholders of Retail Convergence, Inc., and William J. Fitzgerald as Stockholders' Representative.

3.   Attached as Exhibit B hereto is a true and correct copy of the GSI Commerce, Inc. Definitive Proxy Statement, dated May 11, 2011.

4.    Attached as Exhibit C hereto is a true and correct copy of the Stock

Purchase Agreement by and between eBay Inc. and NRG Commerce, LLC, as of

March 27, 2011.

5.    Attached as Exhibit D hereto is a true and correct copy of the Agreement

and Plan of Merger entered into by eBay Inc., Gibraltar Acquisition Corp., and GSI

Commerce, Inc., as of March 27, 2011.

/s/ Michael R. Dube
Michael R. Dube

Dated:  Boston, Massachusetts
        July 25, 2011

## Certificate of Service

I hereby certify that on July 25, 2011, a true and correct copy of the Declaration of

Michael R. Dube, Esq. in Support of Defendants' Motion to Dismiss the Complaint was served

via hand on:

> Randall W. Bodner
> John P. Bueker
> Rodman K. Forter, Jr.
> ROPES & GRAY LLP
> Prudential Tower
> 800 Boylston Street
> Boston, Massachusetts  02199-3600
> (617) 951-7000
> randall.bodner@ropesgray.com
> john.bueker@ropesgray.com
> rodman.forter@ropesgray.com
>
> *Counsel for Kenneth J. Novack*

> /s/ Michael R. Dube
> Michael R. Dube